FILED

14 MAY 15 PM 2:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LUIS SERGIO NAVARRO<br>　aka Sergio Luis Navarro,<br><br>　　　　　Defendant. | Case No. 79CR0290-BEN<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL BENCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Bench Warrant be recalled.

IT IS SO ORDERED.

DATED: 5/14/14

_____
HONORABLE ROGER T. BENITEZ
United States District Judge